FILED

JAN 15 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | MJ 19-7-M-JCL |
| Black LG Cellular Phone, Black ZTE Grand XMAX2 Cellular Phone, a Blue Samsung Cellular Phone, and a White Samsung Cellular Phone. | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on a Complaint or Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 15th day of January, 2019.

JEREMIAH C. LYNCH
United States Magistrate Judge