IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Black LG Cellular Phone, ZTE Grand XMAX2 Cellular Phone, a Blue Samsung Cellular Phone, and a White Samsung Cellular Phone | MJ 19-7-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 29th day of January, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1